## JEFFERSON COUNTY—JUNE TERM, 1816.

PRESENT—TAPPAN, *President;* ANDERSON, MOORES, M'ELROY, *Associates.*

## ALLEN vs. DAVIS.

CASE, FOR WORK AND LABOR DONE AND MATERIALS FOUND.

If an account is offered on a single piece of paper, proof will be admitted that it was part of an account *book,* severed by mistake or accident, so that it may be read as part of such book.

A party to the suit not competent to prove such facts.

WRIGHT, for plaintiff.

GOODENOW and REDICK, for defendant.

The plaintiff proved his case.

The defendant's counsel then stated that their client had paid part of the plaintiff's demand, and of such payments had made a book account; that they intended to offer his account in evidence; that since this trial commenced, they had sent to their client for his account book, and that their client, ignorant that anything more was wanted than the account vs. the plaintiff, had torn *that* out of the book, it being on a single leaf; they now had the book and the leaf which had been torn out, which he offered together as a book account.

PRESIDENT.—The defendant's account vs. the plaintiff, as here exhibited, is on a single piece of paper; it is no book account; by proving that it has been severed from the book by mistake, we will take it as a part of the book; but, without such proof it can not be received.

Defendant's counsel then asked to have the defendant sworn, to prove that fact.

PRESIDENT.—By the statute, where the defense is founded on a book account of not more than eighteen months' standing, and the validity or amount of such account is drawn in question, the court may examine the party, under oath or affirmation, touching the validity of such account. The general principle of law, that a man cannot be a witness for himself, has, in this State, a single exception by virtue of this statute. I am not willing to extend this statute, by construction, beyond the letter of it. The defendant must first produce a book account; what this is, is a question for the court to determine. When the book is produced, if any items of not more than eighteen months' standing are contested, then the party may be sworn and examined touching the validity of such account; he cannot be examined to any other facts in the case. The paper offered does not appear to be part of the book. Make it so, by disinterested testimony; then, and not until then, can you offer it in evidence.—Rejected.

Verdict for the plaintiff.